UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FULLERTON REAL ESTATE, LLC,** | : | Civil Action No.:  2:23-cv-95 |
| **Plaintiff,** | : | |
| v. | : | |
| **M&B MASONRY LLC,** | : | |
| **Defendant** | : | |

## COMPLAINT

AND NOW, comes the Plaintiff, FULLERTON REAL ESTATE, LLC ("FULLERTON"), by and through its attorney, W. John Knox, Esq. of Sebald, Hackwelder & Knox, and files its Complaint against the Defendant, M&B MASONRY LLC setting forth in support thereof the following:

## PARTIES

1. Plaintiff, FULLERTON REAL ESTATE, LLC ("FULLERTON"), is a Pennsylvania limited liability company with a principal place of business located at 434 Conewango Avenue, Warren, Pennsylvania 16365.

2. Defendant, M&B MASONRY LLC ("M&B"), is an Ohio limited liability company with a principal place of business located at 2488 Hague Road, Orwell, Ohio 44076.

## JURISDICTION AND VENUE

3. The Plaintiff, FULLERTON brings its Complaint under federal diversity jurisdiction, 28 U.S.C. §1332 as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.00.

4. Venue is proper in the Western District of Pennsylvania against M&B, for the actions of the Defendant were performed in Sheffield, Pennsylvania and the oral contract between the parties was entered into in Sheffield, Pennsylvania.

## STATEMENT OF FACTS

5. In or around March of 2022, Tom Pellegrino, in his capacity as President of FULLERTON offered to pay Marvin Miller, as a member or agent of the Defendant M&B, $11,000.00 in consideration of M&B agreeing to pour and lay concrete on real property owned by FULLERTON located at 22 Leather Street, Sheffield, Pennsylvania 16347.

6. Marvin Miller of M&B accepted the Plaintiff's offer and on or around March 29, 2022, M&B poured and laid concrete on real property owned by FULLERTON located at 22 Leather Street, Sheffield, Pennsylvania 16347.

7. M&B completed its work for FULLERTON in a single day, March 29, 2022.

8. FULLERTON paid M&B with a $11,000.00 check on or around March 29, 2022.

9. The oral agreement between FULLERTON and M&B constitutes a legally binding and enforceable contract under Pennsylvania law (the "Contract").

10. After M&B completed its concrete work, FULLERTON noticed significant material defects in the concrete work as evidenced by voids in the concrete, footprints, splotches, waves, accumulations and uneneven areas on the concrete surface.

11. In turn, Tom Pellegrino, on behalf of FULLERTON, advised Marvin Miller of M&B of the material defects who, in response apologized to Tom Pellegrino for M&B's poor workmanship.

12. As a result of the material defects, Tom Pellegrino, on behalf of FULLERTON stopped payment on the $11,000.00 check payable to M&B.

## COUNT I – Breach of Contract

13. Plaintiff incorporates by reference hereto all general allegations set forth in paragraphs 1 through 12 of its Complaint above.

14. The agreement between the parties to have M&B pour and lay concrete for FULLERTON in consideration of $11,000.00 constitutes a legally binding and enforceable Contract under Pennsylvania law.

15. The failure of M&B to perform its concrete work in a workmanlike manner as evidenced by the significant material defects in the finished concrete is a material breach of the Contract.

16. As a proximate result of the Defendant, M&B's material breach of the Contract, the Plaintiff, FULLERTON has suffered damages in the form of $1,838.25 to pay for labor and equipment related to the use of a concrete pumper and saw to partially remedy the material defects; $20,000.00 for raw concrete; and $88,472.00 (*See Exhibit A*) for the costs to fully remove and replace the concrete work.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, FULLERTON, prays that the Court grant the following relief:

(a) Award compensatory damages in the amount of $110,310.25 to FULLERTON to fully compensate it for damages caused by M&B MASONRY LLC's material breach of the Contract;

(b) Award such additional relief to FULLERTON as justice may require, together with the costs and disbursements in this action.

WHEREFORE, the Plaintiff, FULLERTON, respectfully requests this Honorable Court to enter a judgment in his favor and against M&B MASONRY LLC together with interest and costs of suit.

**JURY TRIAL DEMANDED**

Respectfully Submitted,

**SEBALD, HACKWELDER & KNOX**

By_____
   */s/ W. John Knox, Esq.*
   W. JOHN KNOX, Esq.
   PA ID # 77484
   137 East 13th Street
   Erie, Pennsylvania 16503
   Tel. 814-833-1987
   E-Mail: wjk@shkerie.com
   **Attorneys for Plaintiff, FULLERTON REAL ESTATE, LLC**

Dated:  March \_\_\_\_\_, 2023

## **CERTIFICATE OF SERVICE**

I, W. JOHN KNOX, ESQUIRE, do hereby certify that on the _____ **day of March, 2023**, a copy of the foregoing Plaintiff's Complaint was served electronically on the following parties:

**M&B MASONRY LLC**
**Attn. Marvin A. Miller**
**2488 Hague Road**
**Orwell, Ohio 44076**

Respectfully submitted,

**SEBALD, HACKWELDER & KNOX**

BY: */s/ W. John Knox, Esq.*

**W. JOHN KNOX, ESQUIRE**
PA Supreme Court I.D. #77484
137 East 13th Street
Erie, Pennsylvania 16503
Tel. 814-833-1987
Fax: 814-616-4095
E-Mail: wjk@shkerie.com
**Attorney for Plaintiff, FULLERTON REAL ESTATE, LLC**